# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALCALA-Gonzalez, Jaime<br><br><br><br>        Defendant, | Magistrate Docket No. 08 MJ 2251<br>Case No.<br><br>**COMPLAINT FOR VIOLATION OF:**<br>**Title 8, U.S.C., Section 1326**<br><br>Deported Alien Found in the United States<br><br>(Felony) |

The undersigned complainant, being duly sworn, states:

On or about June 30, 2008, within the Southern District of California, Defendant Jaime ALCALA-Gonzalez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                                                    Special Agent Nicole Caughey
                                                    U.S. Immigration & Customs Enforcement

**SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24th DAY OF JULY 2008.**

                                                      Hon. Leo Papas
                                                      U.S. Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Nicole Caughey, U.S. Immigration & Customs Enforcement ("ICE"), declare under penalty of perjury, the following is true and correct:

Jaime ALCALA-Gonzalez came to my attention pursuant to my duties with ICE. On or about May 26, 2008, I was informed that ALCALA had returned to the United States after having been deported to Mexico. I then conducted an inquiry as to the accuracy of this information.

On or about May 30, 2008, through June 24, 2008, I reviewed documents maintained by the Department of Homeland Security which relate to ALCALA. I observed a form I-205 (Warrant of Removal/Deportation). This form documents ALCALA's physical removal from the United States to Mexico on April 2, 2008, through the port at San Ysidro, California. An immigration judge's order of removal dated March 28, 2008, was additionally part of this review, as was a form I-213 (Record of Deportable/Inadmissible Alien) that identifies ALCALA as a native and citizen of Mexico. Photographs of ALCALA taken in preparation for his deportation were additionally part of this review.

On June 30, 2008, I surveyed ALCALA's last-known residence in Chula Vista, California. During that surveillance, I observed an individual in front of the residence matching the aforementioned photographs contained in ALCALA's alien file.

Through my review of manual and computerized records maintained by the Department of Homeland Security, I could find no indication that ALCALA had applied for or been granted permission to lawfully return to the United States after being removed to Mexico.