UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOT FOR PUBLIC VIEW**

UNITED STATES OF AMERICA )
)
V. )
ALCALA-Gonzalez, Jaime )
)

WARRANT ISSUED ON THE BASIS OF:

☐ Failure to Appear    ☐ Order of Court
☐ Indictment          ☐ Information
x Complaint

Magistrate's Case No. **08 MJ 2251**

**WARRANT FOR ARREST**

FILED
AUG - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To:
Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED

ALCALA-Gonzalez, Jaime
1027 Neptune Drive
Chula Vista, CA 91911

DISTRICT OF ARREST:

CITY OF ARREST:

2008 JUL 25 A 11: __
U.S. MARSHAL
SOUTHERN DISTRICT
OF CALIFORNIA
RECEIVED

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | Title 8 | 1326 |

| BAIL | OTHER CONDITIONS OF RELEASE |
|---|---|
| To be set in Court | To be set in Court |

ORDERED BY
**LEO S. PAPAS**
**U.S. MAGISTRATE JUDGE**

DATE ORDERED
**JUL 24 2008**

CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

DATE RECEIVED
7/24/08

DATE EXECUTED
7/31/08

NAME AND TITLE OF ARRESTING OFFICER
Nicole M. Caughey
Special Agent

SIGNATURE
Nicole M. Caughey

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CLASS II 'J'          ICE          0301
                                   (Deport alien in US)