FILED
AUG 28 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr2852-JM |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JAIME ALCALA-GONZALEZ, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about April 29, 2008, within the Southern District of California, defendant JAIME ALCALA-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JPME:rp:San Diego
8/25/08

Count 2

On or about July ~~31,~~ June 18, ~~2008~~ 2008, within the Southern District of California, defendant JAIME ALCALA-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 8/28/08

KAREN P. HEWITT
United States Attorney

/s/ Lauren Parks for

JAMES P. MELENDRES
Assistant U.S. Attorney